IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pierce, Steven L

Printed: 11/13/07

Case Number: 07 B 05328
Judge: Squires, John H
Filed: 3/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Illinois Dept of Revenue | Priority | 273.76 | 0.00 |
| 2. | Internal Revenue Service | Priority | 12,769.42 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 7,064.10 | 0.00 |
| 4. | Cavalry Portfolio Services | Unsecured | 916.44 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 5.76 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 50.00 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Unsecured | 73.54 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 335.00 | 0.00 |
| 9. | ER Solutions | Unsecured | 6.99 | 0.00 |
| 10. | Saint Joseph Hospital | Unsecured | 402.98 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 70.30 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 54.25 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 15.15 | 0.00 |
| 14. | Cda/Pontiac | Unsecured | 55.20 | 0.00 |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 21. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Evergreen Finance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pierce, Steven L

Printed: 11/13/07

Case Number: 07 B 05328
Judge: Squires, John H
Filed: 3/26/07

| | | | |
|---|---|---|---|
| 26. | Illinois Dept Of Transportation | Unsecured | No Claim Filed |
| 27. | Illinois Collection Service | Unsecured | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | No Claim Filed |
| 31. | Medical Collections | Unsecured | No Claim Filed |
| 32. | MRSI | Unsecured | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | No Claim Filed |
| 34. | MRSI | Unsecured | No Claim Filed |
| 35. | Pentagroup Financial, LLC | Unsecured | No Claim Filed |
| 36. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 37. | Medical Collections | Unsecured | No Claim Filed |
| 38. | Torres Credit | Unsecured | No Claim Filed |
| 39. | Citibank | Unsecured | No Claim Filed |
| 40. | TCF Bank | Unsecured | No Claim Filed |
| 41. | SBC | Unsecured | No Claim Filed |
| 42. | Village of Oak Park | Unsecured | No Claim Filed |
| 43. | Senex Services Corp | Unsecured | No Claim Filed |
| 44. | Medical Collections | Unsecured | No Claim Filed |
| 45. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 46. | Medical Collections | Unsecured | No Claim Filed |
| 47. | Medical Collections | Unsecured | No Claim Filed |
| | | _____ | _____ |
| | | $ 22,092.89 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_